FILED

JUL 1 0 2018

Clerk, U.S District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KUEHN,<br><br>Defendant. | Case No._____<br><br>(Ticket Nos. 6026767, 6026768, 6026769)<br><br>ORDER |

Defendant Christopher Kuehn was arrested in Glacier National Park on June 26, 2018 and is ordered to appear in this Court on August 10, 2018. Mr. Kuehn posted a one-thousand dollar ($1,000) appearance bond with Flathead County.

IT IS ORDERED that the clerk of court shall accept a check in the sum of one-thousand dollars ($1,000) from Flathead County Detention Center to be held until further order of the Court.

The clerk of court is directed to serve Mr Kuehn with a copy of this order and file it in the petty offense action once it is opened.

DATED this 10th day of July, 2018.

John Johnston
United States Magistrate Judge