# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KUEHN,<br><br>    Defendant. | Cause No. PO-18-5040-GF-JTJ<br><br>**ORDER ON UNOPPOSED MOTION TO VACATE BENCH TRIAL AND SET FOR CHANGE OF PLEA, WITH DEFENDANT'S APPEARING TELEPHONICALLY** |

Upon review of the *Unopposed Motion to Vacate Bench Trial and Set for Change of Plea, With Defendant's Appearing Telephonically*, filed by Herman A. Watson, III, as counsel for Defendant, Christopher Kuehn, and without opposition from the State, the Court now enters the following order:

IT IS HEREBY ORDERED, that in place of the Bench Trial, set for September 14, 2018, at 9:00 a.m., will be a Change of Plea hearing. The Defendant will contact the Clerk of Court of the Great Falls Division to make arraignments to appear telephonically.

Dated this 10th day of September, 2018.

_____
John Johnston
United States Magistrate Judge

- 1 -