# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KUEHN,<br><br>Defendant. | PO-18-5040-GF-JTJ<br><br>Location Code: M13<br><br>ORDER |

On July 10, 2018, the Defendant posted bond in the amount of $1,000 to Flathead County, Montana, to be held until further order of the Court. On September 18, 2018 a Judgment was issued by the undersigned ordering the Defendant to pay a $500.00 fine plus a $30.00 special assessment fee. Accordingly,

IT IS HEREBY ORDERED that the Court will apply $530.00 to defendant's fine and special assessment. The remaining balance of $470.00 will be refunded to the Defendant and mailed to the address provided to the Court by the Defendant.

DATED this 15th day of November, 2018.

_____
John Johnston
United States Magistrate Judge